PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rita S. Kim                                         Cr.: 12-00075-001
                                                                     PACTS #: 59172

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/08/2014

Original Offense:   Conspiracy to commit mail and wire fraud.

Original Sentence: 60 months probation

Special Conditions: 12 months Location Monitoring, New Debt Restrictions, $100 Special Assessment, and $2,047,651 in Restitution

Type of Supervision: Probation                        Date Supervision Commenced: 01/08/2014

## STATUS REPORT

Ms. Kim currently resides in Fort Lee, New Jersey, and she has been employed with Eden Nail and Spa since February 2017. We believe that Ms. Kim has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $14,670.88 towards the restitution balance. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Kim's term of supervision to expire as scheduled on January 7, 2019.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle A Siedzik
    U.S. Probation Officer
Date: 10/16/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time – Supervision to Expire on January 7, 2019.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/18/18
_____
Date